

# MANDATE

# The Fifteenth Court of Appeals

### NO. 15-24-00030-CV

Texas Real Estate Commission, Appellant

v.

Marla Nunally Kaufman Homes, LLC, Appellee

---

Appealed from the 192nd District Court of Dallas County. (Trial Court No. DC-19-17301). Opinion delivered by Justice Farris. Chief Justice Brister and Justice Field also participating.

---

**TO THE 192ND DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before our Court of Appeals on February 6, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Marla Nunally Kaufman Homes, LLC (Kaufman Homes), signed October 12, 2023, was heard on the appellate record. We have inspected the record and find reversible error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment denying Kaufman Homes' application for payment.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, on April 21, 2025.

**CHRISTOPHER A. PRINE, CLERK**